1
2
3
4                      UNITED STATES DISTRICT COURT
5                             DISTRICT OF NEVADA
6                                    * * *
7   MARKIECE PALMER,                          Case No. 3:16-cv-00248-MMD-WGC
8                          Plaintiff,         ORDER ACCEPTING AND ADOPTING
                                              REPORT AND RECOMMENDATION
9         v.                                  OF MAGISTRATE JUDGE
                                              WILLIAM G. COBB
    STATE BAR OF NEVADA, et al.,
10
                         Defendants.
11

12        Before the Court is the Report and Recommendation of United States Magistrate

13   Judge William G. Cobb (ECF No. 3) ("R&R") relating to plaintiff's application to proceed

14   *in forma pauperis* (ECF No. 1) and *pro se* complaint (ECF No. 1-1). Plaintiff had until

15   August 20, 2016, to file an objection. No objection to the R&R has been filed.

16        This Court "may accept, reject, or modify, in whole or in part, the findings or

17   recommendations made by the magistrate judge." 28 U.S.C. § 636(b)(1). Where a party

18   timely objects to a magistrate judge's report and recommendation, then the court is

19   required to "make a *de novo* determination of those portions of the [report and

20   recommendation] to which objection is made." 28 U.S.C. § 636(b)(1). Where a party fails

21   to object, however, the court is not required to conduct "any review at all . . . of any issue

22   that is not the subject of an objection." *Thomas v. Arn*, 474 U.S. 140, 149 (1985).

23   Indeed, the Ninth Circuit has recognized that a district court is not required to review a

24   magistrate judge's report and recommendation where no objections have been filed. *See*

25   *United States v. Reyna-Tapia*, 328 F.3d 1114 (9th Cir. 2003) (disregarding the standard

26   of review employed by the district court when reviewing a report and recommendation to

27   which no objections were made); *see also Schmidt v. Johnstone*, 263 F. Supp. 2d 1219,

28   1226 (D. Ariz. 2003) (reading the Ninth Circuit's decision in *Reyna-Tapia* as adopting the

1  view that district courts are not required to review "any issue that is not the subject of an

2  objection."). Thus, if there is no objection to a magistrate judge's recommendation, then

3  the court may accept the recommendation without review. *See, e.g.*, *Johnstone*, 263 F.

4  Supp. 2d at 1226 (accepting, without review, a magistrate judge's recommendation to

5  which no objection was filed).

6  Nevertheless, this Court finds it appropriate to engage in a *de novo* review to

7  determine whether to adopt Magistrate Judge Cobb's R&R. Upon reviewing the R&R

8  and proposed complaint, this Court finds good cause to accept and adopt the Magistrate

9  Judge's R&R in full.

10  It is therefore ordered, adjudged and decreed that the Report and

11  Recommendation of Magistrate Judge William G. Cobb (ECF No. 3) is accepted and

12  adopted in its entirety.

13  It is further ordered that plaintiff's application to proceed *in form pauperis* (ECF

14  No. 1) is granted; however, pursuant to pursuant to 28 U.S.C. § 1915(b), he is still required

15  to pay the full amount of the filing fee over time. Within thirty (30) days of the date of this

16  order, Plaintiff will be required to pay an initial partial filing fee of $12.00. Thereafter, Plaintiff

17  will be required to make monthly payments of twenty percent of the preceding month's

18  income credited to his account to be forwarded by the agency having custody over Plaintiff

19  to the Clerk of this Court each time the amount in Plaintiff's account exceeds $10 until the

20  $350 filing fee is paid.

21  It is further ordered that the Clerk detach and file the complaint (ECF No. 1-1).

22  It is further ordered that the complaint is dismissed with prejudice.

23  The Clerk is directed to enter judgment in accordance with this Order and close

24  this case.

25  DATED THIS 11th day of October 2016.

26

27  _____
   MIRANDA M. DU
28  UNITED STATES DISTRICT JUDGE