AO 450 (Rev. 5/85) Judgment in a Civil Case ⊕

# UNITED STATES DISTRICT COURT

**\_\_\_\_\*\*\*\*\_\_\_\_\_** DISTRICT OF **\_\_NEVADA\_\_\_\_\_**

MARKIECE PALMER,

       Plaintiff,         JUDGMENT IN A CIVIL CASE

  v.

                             CASE NUMBER: **3:16-cv-00248-MMD-WGC**

STATE BAR OF NEVADA, et al.,

       Defendant(s).

\_\_\_    **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

\_\_\_    **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**X**    **Decision by Court.** This action came to be considered before the Court. The issues have been considered and a decision has been rendered.

    **IT IS ORDERED AND ADJUDGED** that the complaint is dismissed with prejudice.


October 11, 2016                                     **LANCE S. WILSON**
                                                    Clerk


                                                      /s/ K. Rusin
                                                    Deputy Clerk